Dismissed and Memorandum Opinion filed November 4, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00844-CR

____________

 

 

EX PARTE MARCIAL FERNANDEZ

 



 

On Appeal from the 400th District Court

Fort Bend County, Texas

Trial Court Cause No. 10-DCR-055026

 



 

MEMORANDUM
OPINION

This is an appeal from the denial, in part, of appellant’s
application for pre-trial writ of habeas corpus seeking a reduction in bond.[1]  On October 29, 2010, appellant filed a motion to
dismiss the appeal as moot because he was able to make bail and has been
released on bond.  See Ex parte Guerrero, 99 S.W.3d 852, 853 (Tex.
App.—Houston [14th Dist.] 2003, no pet.) (per curiam) (when premises of habeas
application are destroyed by subsequent developments, legal issues raised
therein are moot).

We grant the motion and order the appeal dismissed.  We
direct the clerk of the court to issue the mandate of the court immediately. 

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Yates and Brown.

Do Not Publish C Tex. R. App. P. 47.2(b).









[1]  The
trial court granted relief in part, reducing appellant’s bond from $100,000 to
$80,000.